IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00497-REB-BNB

MICHAEL BACKUS,

Plaintiff,

v.

JOSEPH ORTIZ, Executive Director, Colo. D.O.C.,
DENNIS P. DIAZ, Controller, Colo. D.O.C., and
L.D. HAY, Director Admin. & Finance, Colo. D.O.C.,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion Under Fed.R.Civ.P. 201 Moving This Court to Take Judicial Notice of Jones v. Colorado D.O.C., 53 P.3d 1187 (Colo. App. 2002)** [docket no. 33, filed April 20, 2006] and **Plaintiff's Second Motion Under Fed.R.Civ.P. 201 Respectfully Moving This Court to Take Judicial Notice of Colorado State Case Law** [docket no. 39, filed October 17, 2006] (the "Motions").

IT IS ORDERED that the Motions are DENIED AS MOOT.

DATED: November 15, 2006