IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00497-REB-BNB

MICHAEL BACKUS,

    Plaintiff,

v.

JOSEPH ORTIZ, Executive Director, Colo., D.O.C.,
DENNIS P. DIAZ, Controller, Colo., D.O.C., and
L.D. HAY, Director Admin. & Finance, Colo. D.O.C.,

    Defendants.

## ORDER ADOPTING RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) **Recommendation of United States Magistrate Judge** [#41], filed November 15, 2006; and (2) **Recommendation of United States Magistrate Judge** [#42], filed November 15, 2006. I overrule plaintiff's objections and adopt the recommendations of the magistrate judge.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which objections have been filed, and have considered carefully the recommendations, objections, and applicable caselaw. In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendations are detailed and well-reasoned. None of plaintiff's objections has merit. Therefore, I find and

conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

In addition, I will withdraw the reference to the magistrate judge [#49], filed December 19, 2006, of Plaintiff's **Motion to Amend Complaint to Cure Deficiencies** [#48], filed December 19, 2006, and deny that motion.  The motion fails to identify what particular amendment, if any, plaintiff proposes to the pleadings, much less demonstrate that any amendment would cure the deficiencies of proof identified by the magistrate judge in connection with his resolution of the summary judgment motions.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#41], filed November 15, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Recommendation of United States Magistrate Judge** [#42], filed November 15, 2006, is **APPROVED AND ADOPTED** as an order of this court;

3. That **Plaintiff's Objections to the Magistrate Judge's Recommendations** [#47], filed December 19, 2006, are **OVERRULED**;

4. That **Defendants' Motion for Summary Judgment** [#25], filed April 4, 2006, is **GRANTED**;

5. That **Plaintiff's Motion for Summary Judgment** [#21], filed March 22, 2006, is **DENIED**;

6. That the order of reference to the magistrate judge [#49], filed December 19, 2006, of Plaintiff's **Motion to Amend Complaint to Cure Deficiencies** [#48], filed

December 19, 2006, is **WITHDRAWN**;

7.  That Plaintiff's **Motion to Amend Complaint to Cure Deficiencies** [#48], filed December 19, 2006, is **DENIED**;

8.  That plaintiff's claims against defendants, whether in their official or individual capacities, are **DISMISSED WITH PREJUDICE**;

9.  That judgment **SHALL ENTER** in favor of defendants, Joseph Ortiz, Dennis P. Diaz, and L.D. Hay, and against plaintiff, Michael Backus;

10.  That **Plaintiff's Motion to Amend Complaint Under Fed.R.Civ.P. 15(a) & (b) to Add Routt County Assistant District Attorney Kerry St. James As a Defendant to This Action** [#18], filed March 8, 2006, is **DENIED**; and

11.  That defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.Colo.LCivR 54.1.

Dated January 22, 2007, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**